UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**JACK BERNDT,**
**SUMMIT HEALTH SOLUTIONS, LLC**

Defendants.

Case No. 6:23-mc-00633-MC

**CONSENT JUDGMENT**

The United States of America, Jack Berndt, M.D., and Summit Health Solutions, LLC having entered into a Settlement Agreement and Promissory Note (the "Settlement Documents") hereby stipulate and consent to the entry of judgment in favor of the United States of America and against Jack Berndt and Summit Health Solutions, LLC, in the sum of $255,000 principal (the "Settlement Amount") accruing interest thereafter at the rate of 4 percent per annum as of the Effective Date as defined in the Settlement Agreement. Jack Berndt and Summit Health Solutions, LLC shall be jointly and severally liable for the Settlement Amount.

Execution shall not issue upon this Consent Judgment as long as Jack Berndt and/or Summit Health Solutions, LLC do not default on their payment and other obligations set forth in the Settlement Documents

The parties consent to the entry of a final judgment in this case by a United States Magistrate Judge. This judgment may be entered upon the application of either party.

**IT IS SO AGREED**

BILLY J. WILLIAMS
United States Attorney

_____   DATED: 12/28/19
CARLA G. MCCLURG, OSB #165144
Assistant United States Attorney
Attorney for Plaintiff United States of America

_____   DATED 12/16/19
JACK BERNDT, Individually

_____   DATED. 12/16/19
JACK BERNDT
President of Summit Health Solutions, LLC

**APPROVED AS TO FORM AND CONTENT:**

_____
S. AMANDA MARSHALL, OSB #953473
Counsel for Jack Berndt, M.D and
Summit Health Solutions. LLC

IT IS SO ORDERED AND ADJUDGED this 31st day of October, 2023

                          s/ Michael J. McShane
                          UNITED STATES MAGISTRATE/DISTRICT JUDGE